| | | |
|---|---|---|
| CAAP–10–00 00105 | State v. Sung Sik Choi | Affirmed |

### January 17, 2012

| | | |
|---|---|---|
| CAAP–10–00 00043 | Ori Anuenue Hale, Inc. v. Kasan Const. Corp. | Affirmed |
| 29979, 30042 | State v. Acasia | Affirmed |

### January 18, 2012

| | | |
|---|---|---|
| 29387 | Kaaukai v. County of Maui | Vacated and Remanded |

### January 19, 2012

| | | |
|---|---|---|
| CAAP–11–00 00112 | E*Trade Bank v. Chadwick | Affirmed |
| 29575 | Sagon v. Sagon | Vacated, Affirmed and Remanded |
| CAAP–11–00 00018 | Samonte v. State | Affirmed |
| CAAP–10–00 00141 | State v. Mahady | Affirmed |
| CAAP–10–00 00125 | State v. Maxilom | Affirmed |

### January 20, 2012

| | | |
|---|---|---|
| CAAP–11–00 00153 | M. Children, In re | Affirmed |
| CAAP–10–00 00042 | State v. Kaoihana | Affirmed |

### January 25, 2012

| | | |
|---|---|---|
| 30002 | Rigsby v. Rigsby | Affirmed |

### January 30, 2012

| | | |
|---|---|---|
| 29672 | State v. Parker | Affirmed |

### January 31, 2012

| | | |
|---|---|---|
| 29230 | Seaside Estates, LP v. WTC Owners, LLC | Affirmed |